■ In the Matter of WILLIAM B. JOHNSTON, Petitioner-Respondent, v GALEN D. KIRKLAND, Commissioner, New York

State Division of Human Rights, Respondent-Petitioner, and SCOTT GEHL, Housing Opportunities Made Equal, Inc., et al., Respondents. [967 NYS2d 862]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.